UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LEANORA E. NELSON,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER VLAD KOGAN, SERGEANT GORDON, and POLICE OFFICER JOHN DOE 1,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 6485 (JGK)

      **PLEASE TAKE NOTICE** that **Amy N. Okereke**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Police Officer Vlad Kogan, and retired Sergeant Adam Gordon, having replaced Assistant Corporation Counsel Jennifer L. Rubin, effective January 11, 2008.

Dated:  New York, New York
         January 11, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel
                                             of the City of New York
                                          *Attorney for Defendants*
                                          100 Church Street, Room 3-137
                                          New York, New York 10007
                                          (212) 788-9790

                                          By:          /s/
                                                 Amy N. Okereke (AO 3250)
                                                 Assistant Corporation Counsel
                                                 Special Federal Litigation Division

To:    Izabel Olszowa Garcia, Esq.
        *Attorney for Plaintiff*
        26 Court Street, Suite 1815
        Brooklyn, New York 11242 (via E.C.F.)

Index No.  07 Civ. 6485 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEANORA E. NELSON,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Amy N. Okereke*
*Tel:  (212) 788-9790*

*Due and timely service is hereby admitted.*

*New York, N.Y............................................................... , 200..*

*................................................................................... Esq.*

*Attorney for..............................................................................*