```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LEANORA E. NELSON,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER VLAD
KOGAN, SERGEANT GORDON, and POLICE OFFICER
JOHN DOE 1,

                             Defendants.

------------------------------------------------------------------ x

**STIPULATION OF SETTLEMENT OF ATTORNEY'S FEES**

07 Civ. 6485 (JGK)

      **WHEREAS**, plaintiff commenced this action by filing a complaint on or about July 18, 2007, alleging that certain of her federal and state rights were violated; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, plaintiff and defendants entered into a settlement agreement to settle this case for $5,001.00 plus reasonable attorney's fees for costs, expenses, and attorney fees up to March 11, 2008; and

      **WHEREAS**, counsel for plaintiff and defendants now desire to resolve the issue of all attorney fees, costs and expenses, without further proceedings; and

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1. Defendant City of New York shall pay to plaintiff's counsel, Izabel Olszowa Garcia, Esq., the sum total of FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) in full satisfaction of plaintiff's attorney fees, expenses and costs; and

2. This Stipulation of Settlement of Attorney fees ("Stipulation") shall not be construed to be an admission of liability by any defendant or the City of New York, nor an admission that any of the allegations made by plaintiff are true or that defendants in any way violated any rights guaranteed to plaintiff by any constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or any subdivision thereof; and

3. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, and nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

Dated:   New York, New York
         April 28 , 2008

| | |
|---|---|
| Izabel Olszowa Garcia, Esq. | MICHAEL A. CARDOZO |
| *Attorney for Plaintiff* | Corporation Counsel of the |
| 26 Court Street, Suite 1815 | City of New York |
| Brooklyn, New York 11242 | *Attorney for Defendants* |
| (718) 855-4835 | 100 Church Street, Room 3-137 |
| | New York, New York 10007 |
| | (212) 788-9790 |
| By: *[signature]* | By: *[signature]* |
| Izabel Olszowa Garcia, Esq. | Amy N. Okereke |
| | Assistant Corporation Counsel |

SO ORDERED:

*[signature]*

HONORABLE JOHN G. KOELTL, U.S.D.J.

4/30/08

2