```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| LEANORA E. NELSON,<br><br>                              Plaintiff,<br><br>           -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER VLAD KOGAN, SERGEANT GORDON, and POLICE OFFICER JOHN DOE 1,<br><br>                              Defendants. | **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**<br><br>07 Civ. 6485 (JGK) |

-------------------------------------------------------------- x

**WHEREAS**, plaintiff commenced this action by filing a complaint on or about July 18, 2007, alleging that certain of his federal and state rights were violated; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff LEANORA E. NELSON the sum of FIVE THOUSAND AND ONE DOLLARS ($5,001.00), plus reasonable attorney's fees for costs, expenses, and attorney fees up to March 11, 2008, as attorneys fees, in full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims

against the named defendants, the City of New York, Vlad Kogan, and Adam Gordon, with prejudice, and to release all defendants and any present or former employees or agents of the City of New York, and the New York City Police Department, including the defendant named herein as "POLICE OFFICER JOHN DOE 1," from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint or amended complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof, including, but not limited to, the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
April 26, 2008

Izabel Olszowa Garcia, Esq.
*Attorney for Plaintiff*
26 Court Street, Suite 1815
Brooklyn, New York 11242
(646) 239-4330

By: _____
Izabel Olszowa Garcia, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Room 3-137
New York, New York 10007
(212) 788-9790

By: _____
Amy N. Okereke
Assistant Corporation Counsel

SO ORDERED:

_____
HON. JOHN G. KOELTL, U.S.D.J.

4/30/08

3